# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 22-10298-TPA |
| | : | |
| James J. Moore | : | CHAPTER 13 |
| Debtor | : | |
| | : | |

**PAYMENT ADVICES FOR THE PRIOR SIXTY (60) DAYS (PROOF OF INCOME)**

**DATES OF ENCLOSED PAYMENT ADVICES:**

**May 20, 2022**

**May 27, 2022**

**June 3, 2022**

**June 10, 2022**

**June 17, 2022**

**June 24, 2022**

**July 1, 2022**

**July 9, 2022**

**Next Payment Advice Expected (post-filing):**

**July 16, 2022**

K.D. MOORE, JAMES

BERT KLAPEC INC.

57988

Employee
JAMES J MOORE

Pay Period: 05/08/2022 - 05/14/2022

Pay Date: 05/20/2022

| Earnings and Hours | Hours | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 40:00 | 20.00 | 800.00 | 14,227.00 |
| Overtime (x1.5) hourly | 8:45 | 30.00 | 262.50 | 4,373.25 |
| VACATION | | | 0.00 | 144.00 |
| Hourly Prevailing Wage | | | 0.00 | 747.04 |
| | 48:45 | | 1,062.50 | 19,491.29 |

| Deductions From Gross | Current | YTD Amount |
|---|---|---|
| Health Insurance (pre-tax) | -47.67 | -953.40 |
| 401k Emp. | -31.88 | -584.79 |
| AFLAC ACCIDENT | -5.20 | -83.20 |
| | -84.75 | -1,621.39 |

| Taxes | Current | YTD Amount |
|---|---|---|
| LOCAL W/H | -10.10 | -184.56 |
| EMS W/H | -1.00 | -20.00 |
| Medicare Employee Addl Tax | 0.00 | |
| Federal Withholding | -112.00 | -1,967.00 |
| Social Security Employee | -62.60 | -1,144.19 |
| Medicare Employee | -14.64 | -267.59 |
| PA - W/H | -31.00 | -566.56 |
| PA UC FUND - Employee Portion | -0.63 | -11.69 |
| | -231.97 | -4,161.59 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| AFLAC ACCIDENT EXTRA | -0.99 | -15.84 |
| AFLAC DISABILITY | -15.52 | -248.32 |
| | -16.51 | -264.16 |
| Net Pay | 729.27 | 13,444.15 |

PRODUCT DLT104 USE WITH 91663 ENVELOPE Bradford Exchange (800) 328-5144

8126653300
STKDK03 07/15/2022 04:10 -264-

BERT KLAPEC INC.

58024

Employee
JAMES J MOORE

Pay Period: 05/15/2022 - 05/21/2022

Pay Date: 05/27/2022

| Earnings and Hours | Hours | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 40:00 | 20.00 | 800.00 | 15,027.00 |
| Overtime (x1.5) hourly | 13:00 | 30.00 | 390.00 | 4,763.25 |
| VACATION | | | 0.00 | 144.00 |
| Hourly Prevailing Wage | | | 0.00 | 747.04 |
| | 53:00 | | 1,190.00 | 20,681.29 |

| Deductions From Gross | Current | YTD Amount |
|---|---|---|
| Health Insurance (pre-tax) | -47.67 | -1,001.07 |
| 401k Emp. | -35.70 | -620.49 |
| AFLAC ACCIDENT | -5.20 | -88.40 |
| | -88.57 | -1,709.96 |

| Taxes | Current | YTD Amount |
|---|---|---|
| LOCAL W/H | -11.37 | -195.93 |
| EMS W/H | -1.00 | -21.00 |
| Medicare Employee Addl Tax | 0.00 | |
| Federal Withholding | -140.00 | -2,107.00 |
| Social Security Employee | -70.50 | -1,214.69 |
| Medicare Employee | -16.49 | -284.08 |
| PA - W/H | -34.91 | -601.47 |
| PA UC FUND - Employee Portion | -0.72 | -12.41 |
| | -274.99 | -4,436.58 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| AFLAC ACCIDENT EXTRA | -0.99 | -16.83 |
| AFLAC DISABILITY | -15.52 | -263.84 |
| | -16.51 | -280.67 |
| Net Pay | 809.93 | 14,254.08 |

PRODUCT DLT104 USE WITH 91663 ENVELOPE Bradford Exchange (800) 328-5144

8126653300
STKDK03 02 15 2022 04 10 -228-

BERT KLAPEC INC.

58168

Employee
JAMES J MOORE

Pay Period: 06/05/2022 - 06/11/2022 — Pay Date: 06/17/2022

| Earnings and Hours | Hours | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 40:00 | 20.00 | 800.00 | 17,267.00 |
| Overtime (x1.5) hourly | | | 0.00 | 4,890.75 |
| VACATION | | | 0.00 | 144.00 |
| Hourly Prevailing Wage | | | 0.00 | 747.04 |
| | 40:00 | | 800.00 | 23,048.79 |

| | Current | YTD Amount |
|---|---|---|
| | -162.04 | -4,914.88 |

| Deductions From Gross | Current | YTD Amount |
|---|---|---|
| Health Insurance (pre-tax) | -47.67 | -1,144.08 |
| 401k Emp. | -24.00 | -691.52 |
| AFLAC ACCIDENT | -5.20 | -104.00 |
| | -76.87 | -1,939.60 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| AFLAC ACCIDENT EXTRA | -0.99 | -19.80 |
| AFLAC DISABILITY | -15.52 | -310.40 |
| | -16.51 | -330.20 |
| Net Pay | 544.58 | 15,864.11 |

| Taxes | Current | YTD Amount |
|---|---|---|
| LOCAL W/H | -7.47 | -218.02 |
| EMS W/H | -1.00 | -24.00 |
| Medicare Employee Addl Tax | 0.00 | |
| Federal Withholding | -73.00 | -2,322.00 |
| Social Security Employee | -46.32 | -1,351.64 |
| Medicare Employee | -10.83 | -316.11 |
| PA - W/H | -22.94 | -669.28 |
| PA UC FUND - Employee Portion | -0.48 | -13.83 |

PRODUCT DLT104 USE WITH 91663 ENVELOPE Bradford Exchange (800) 328-5144

8126653300

BERT KLAPEC INC.

58063

Employee
JAMES J MOORE

Pay Period: 05/22/2022 - 05/28/2022 — Pay Date: 06/03/2022

| Earnings and Hours | Hours | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 40:00 | 20.00 | 800.00 | 15,827.00 |
| Overtime (x1.5) hourly | 4:15 | 30.00 | 127.50 | 4,890.75 |
| VACATION | | | 0.00 | 144.00 |
| Hourly Prevailing Wage | | | 0.00 | 747.04 |
| | 44:15 | | 927.50 | 21,608.79 |

| | Current | YTD Amount |
|---|---|---|
| | -192.07 | -4,628.65 |

| Deductions From Gross | Current | YTD Amount |
|---|---|---|
| Health Insurance (pre-tax) | -47.67 | -1,048.74 |
| 401k Emp. | -27.83 | -648.32 |
| AFLAC ACCIDENT | -5.20 | -93.60 |
| | -80.70 | -1,790.66 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| AFLAC ACCIDENT EXTRA | -0.99 | -17.82 |
| AFLAC DISABILITY | -15.52 | -279.36 |
| | -16.51 | -297.18 |
| Net Pay | 638.22 | 14,892.30 |

| Taxes | Current | YTD Amount |
|---|---|---|
| LOCAL W/H | -8.75 | -204.68 |
| EMS W/H | -1.00 | -22.00 |
| Medicare Employee Addl Tax | 0.00 | |
| Federal Withholding | -88.00 | -2,195.00 |
| Social Security Employee | -54.23 | -1,268.92 |
| Medicare Employee | -12.68 | -296.76 |
| PA - W/H | -26.85 | -628.32 |
| PA UC FUND - Employee Portion | -0.56 | -12.97 |

PRODUCT DLT104 USE WITH 91663 ENVELOPE Bradford Exchange (800) 328-5144

8126653300

[illegible] INC.

**58193**

Employee
JAMES J MOORE

Pay Period: 06/12/2022 - 06/18/2022 | Pay Date: 06/24/2022

| Earnings and Hours | Hours | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 40:00 | 20.00 | 800.00 | 18,067.00 |
| Overtime (x1.5) hourly | 5:15 | 30.00 | 157.50 | 5,048.25 |
| VACATION | | | 0.00 | 144.00 |
| Hourly Prevailing Wage | | | 0.00 | 747.04 |
| | 45:15 | | 957.50 | 24,006.29 |

| Deductions From Gross | Current | YTD Amount |
|---|---|---|
| Health Insurance (pre-tax) | -47.67 | -1,191.75 |
| 401k Emp. | -28.73 | -720.25 |
| AFLAC ACCIDENT | -5.20 | -109.20 |
| | -81.60 | -2,021.20 |

| Taxes | Current | YTD Amount |
|---|---|---|
| LOCAL W/H | -9.05 | -227.07 |
| EMS W/H | -1.00 | -25.00 |
| Medicare Employee Addl Tax | 0.00 | |
| Federal Withholding | -91.00 | -2,413.00 |
| Social Security Employee | -56.09 | -1,407.73 |
| Medicare Employee | -13.12 | -329.23 |
| PA - W/H | -27.77 | -697.05 |
| PA UC FUND - Employee Portion | -0.57 | -14.40 |
| | -198.60 | -5,113.48 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| AFLAC ACCIDENT EXTRA | -0.99 | -20.79 |
| AFLAC DISABILITY | -15.52 | -325.92 |
| | -16.51 | -346.71 |
| Net Pay | 660.79 | 16,524.90 |

PRODUCT DLT104 USE WITH 91663 ENVELOPE Bradford Exchange (800) 328-5144

8126653300

**58104**

Employee
JAMES J MOORE

Pay Period: 05/29/2022 - 06/04/2022 | Pay Date: 06/10/2022

| Earnings and Hours | Hours | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 32:00 | 20.00 | 640.00 | 16,467.00 |
| Overtime (x1.5) hourly | | | 0.00 | 4,890.75 |
| VACATION | | | 0.00 | 144.00 |
| Hourly Prevailing Wage | | | 0.00 | 747.04 |
| | 32:00 | | 640.00 | 22,248.79 |

| Deductions From Gross | Current | YTD Amount |
|---|---|---|
| Health Insurance (pre-tax) | -47.67 | -1,096.41 |
| 401k Emp. | -19.20 | -667.52 |
| AFLAC ACCIDENT | -5.20 | -98.80 |
| | -72.07 | -1,862.73 |

| Taxes | Current | YTD Amount |
|---|---|---|
| LOCAL W/H | -5.87 | -210.55 |
| EMS W/H | -1.00 | -23.00 |
| Medicare Employee Addl Tax | 0.00 | |
| Federal Withholding | -54.00 | -2,249.00 |
| Social Security Employee | -36.40 | -1,305.32 |
| Medicare Employee | -8.52 | -305.28 |
| PA - W/H | -18.02 | -646.34 |
| PA UC FUND - Employee Portion | -0.38 | -13.35 |
| | -124.19 | -4,752.84 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| AFLAC ACCIDENT EXTRA | -0.99 | -18.81 |
| AFLAC DISABILITY | -15.52 | -294.88 |
| | -16.51 | -313.69 |
| Net Pay | 427.23 | 15,319.53 |

PRODUCT DLT104 USE WITH 91663 ENVELOPE Bradford Exchange (800) 328-5144

8126653300

| EMPLOYEE | | SOCIAL SECURITY NO. | PAY RATE | PERIOD END. | CHECK NO. |
|---|---|---|---|---|---|
| 65 | MOORE,J | [redacted]-5091 | 20.000 HW | 07/01/22 | 329515 |

| (EARNI)NGS | HOURS | AMOUNT | YTD | DEDUCTION | AMOUNT | YTD |
|---|---|---|---|---|---|---|
| (REGUL)AR | 40.00 | 800.00 | 18,867.00 | Federal W/H | 84.13 | 2,497.13 |
| (OVER)TIME | 3.25 | 97.50 | 5,145.75 | FICA | 52.37 | 1,460.10 |
| (VACA)TION | .00 | .00 | 144.00 | Medicare | 12.25 | 341.48 |
| (PREV)AIL -REG | .00 | .00 | 747.04 | PA State W/H | 25.93 | 722.98 |
| | | | | Employee SUI | .54 | 14.94 |
| | | | | CPT Local W/H | 8.45 | 235.52 |
| | | | | LST / EMS | 1.00 | 26.00 |
| | | | | 401-K PLAN | 26.93 | 747.18 |
| | | | | PT AFLAC-ACC | 5.20 | 114.40 |
| | | | | PT-HEALTH INS | 47.67 | 1,239.42 |
| | | | | AFLAC-ACC EX | .99 | 21.78 |
| | | | | AFLAC-DISABIL | 15.52 | 341.44 |
| GROSS EARNINGS: | | 897.50 | 24,903.79 | TOTAL DEDUCT: | | |
| NET EARNINGS: | | 616.52 | 17,141.42 | | 280.98 | 7,762.37 |

| EMPLOYEE | | SOCIAL SECURITY NO. | PAY RATE | PERIOD END. | CHECK NO. |
|---|---|---|---|---|---|
| 0001365 | MOORE,J | [redacted]-5091 | 20.000 HW | 07/09/22 | 329702 |

| EARNINGS | HOURS | AMOUNT | YTD | DEDUCTION | AMOUNT | YTD |
|---|---|---|---|---|---|---|
| REGULAR | 26.25 | 525.00 | 20,192.00 | Federal W/H | 59.40 | 2,641.54 |
| OVERTIME | .00 | .00 | 5,250.75 | FICA | 39.19 | 1,552.12 |
| VACATION | 8.00 | 160.00 | 304.00 | Medicare | 9.17 | 363.01 |
| PREVAIL -REG | .00 | .00 | 747.04 | PA State W/H | 19.41 | 768.55 |
| | | | | Employee SUI | .41 | 15.89 |
| | | | | CPT Local W/H | 6.32 | 250.36 |
| | | | | LST / EMS | 1.00 | 28.00 |
| | | | | 401-K PLAN | 20.55 | 794.88 |
| | | | | PT AFLAC-ACC | 5.20 | 124.80 |
| | | | | PT-HEALTH INS | 47.67 | 1,334.76 |
| | | | | AFLAC-ACC EX | .99 | 23.76 |
| | | | | AFLAC-DISABIL | 15.52 | 372.48 |
| GROSS EARNINGS: | | 685.00 | 26,493.79 | TOTAL DEDUCT: | | |
| NET EARNINGS: | | 460.17 | 18,223.64 | | 224.83 | 8,270.15 |