# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 22-10298-JAD |
|    James J. Moore, Jr., | : | |
|        Debtor | : | Chapter 13 |
| | : | |
| James J. Moore, Jr., | : | Related to Document No. 32 |
|        Movant | : | |
| | : | |
|            v. | : | |
| | : | |
| MidFirst Bank, | : | |
| | : | |
| | : | |
|            AND | : | |
| | : | |
| Ronda J. Winnecour/Esquire | : | |
| Chapter 13 Trustee, | : | |
|        Respondents | : | |

## **CERTIFICATE OF SERVICE**

I, the undersigned Paralegal of the law firm Foster Law Offices, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the LOSS MITIGATION ORDER by First-Class Mail, U.S. Postage Paid on the parties below*.

Executed on: <u>November 18, 2022</u>    By: <u>/s/ Kathryn Schwartz</u>
KATHRYN SCHWARTZ, PARALEGAL
FOSTER LAW OFFICES
Po Box 966
Meadville, PA 16335
Tel 814.724.1165
Fax 814.724.1158

---

*Parties served by the court electronically were not served by regular mail

# MATRIX

Ronda J. Winnecour, Trustee
cmecf@chapter13trusteewdpa.com

Office of the United States Trustee
Ustregion03.pi.ecf@usdoj.gov

MidFirst Bank
999 Northwest Grand Boulevard
Oklahoma City, OK 73118
*Service via US Mail*

KML Law Group, P.C.
c/o Brian Nicholas, Esq.
BNY Mellon Independence Center
701 Market Street - Suite 5000
Philadelphia, PA 19106
*Service via US Mail*

James J. Moore, Jr.
906 Grandview Road
Oil City, PA 16301
*Service via US Mail*