**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNYSYLVANIA**

| | | |
|---|---|---|
| In Re: | : | CASE NO. 22-10298-JAD |
| | : | |
| **James J. Moore, Jr.,** | : | CHAPTER 13 |
|         Debtor, | : | |
| | : | MOTION NO.: WO - 1 |
| **James J. Moore, Jr.,** | : | |
|         Movant, | : | RELATED TO DOCKET NO.: 40 |
| | : | |
| vs. | : | |
| | : | |
| **BERT KLAPEX INC.** | : | |
| | : | |
|         **and** | : | |
| | : | |
| **Ronda J. Winnecour, Esquire,** | : | |
|         Chapter 13 Trustee. | : | |
|         Respondents. | : | |
| | : | |
| Social Security No. xxx-xx-5091 | : | |

## CERTIFICATE OF SERVICE

I, the undersigned Paralegal of the law firm Foster Law Offices, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the Wage Attachment and Local Form No. 12 by First-Class Mail, U.S. Postage Paid on the parties below*.

Executed on: March 13, 2023

By: /s/ Kristen N. Dennis
Kristen N. Dennis, PARALEGAL
FOSTER LAW OFFICES
1210 Park Avenue
Meadville, PA 16335
Tel 814.724.1165
Fax 814.724.1158

---

*Parties served by the court electronically were not served by regular mail

**MATRIX**

**BERT KLAPEX INC.**
**673 N. SENECA STREET**
**OIL CITY, PA 16301**