IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re:<br>**James J. Moore, Jr.**<br><br>Debtor<br><br>**James J. Moore, Jr.**<br><br>Movant<br><br>v.<br><br>No Respondent | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | Bankruptcy No. **22-10298**<br><br>Chapter **7**<br><br>Related to Document No. |

### NOTICE REGARDING MODIFICATION TO MAILING MATRIX

In accordance with Local Bankruptcy Rule 1007-1(f) I, __**Daniel Foster**__, counsel for the debtor(s) in the above-captioned case, hereby certify that the following list of creditors' names and addresses was uploaded through the creditor maintenance option in CM/ECF to the above captioned case regarding the filing of an amendment to the schedules.

By: **/s/ Daniel Foster**
_____
Signature
**Daniel Foster**
Typed Name
**1210 Park Avenue**
**Meadville, PA 16335**
Address
**814-724-1165 Fax:814-724-1158**
Phone No.
**PA 92376 PA**
List Bar I.D. and State of Admission

**PAWB Local Form 30 (07/13)**

Gabrielle J. Gilbert
213 East 6th Street
Oil City, PA 16301

PA SCDU
PO Box 69112
Harrisburg, PA 17106-9112

Venango County DRS
1174 Elk Street
Courthouse Annex, 2nd Floor
Franklin, PA 16323

**PAWB Local Form 30 (07/13)**