## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | BANKRUPTCY CASE NO. 22-10298-JCM |
| | : | |
| James J. Moore, Jr., | : | CHAPTER 7 |
| Debtor, | : | |
| _____ | : | RELATED TO DOCKET NO.: 73 |

### CERTIFICATE OF SERVICE

     I, the undersigned Paralegal of Foster Law Offices, LLC, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the **Amendment to Schedule E** that was filed on October 23, 2024, Order, and the Notice of 341 Hearing by First-Class Mail, U.S. Postage Paid on all affected parties listed below.

Executed on: October 24, 2024

*By: /s/ Caitlyn Campbell*
Caitlyn Campbell, PARALEGAL
FOSTER LAW OFFICES, LLC
1210 Park Avenue
Meadville, PA 16335
Tel 814.724.1165
Fax 814.724.1158

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0315-1<br>Case 22-10298-JCM<br>WESTERN DISTRICT OF PENNSYLVANIA<br>Erie<br>Thu Oct 24 15:48:20 EDT 2024 | U.S. Bankruptcy Court<br>U.S. Courthouse, Room B160<br>17 South Park Row<br>Erie, PA 16501-1169 | Gabrielle J. Gilbert<br>213 East 6th Street<br>Oil City, PA 16301-2577 |
| Grove City Area Federal Credit Union<br>1 Credit Union Way<br>Grove City, PA 16127-1899 | KML Law Group PC<br>c/o Geraldine M. Linn, Esq.<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106-1541 | MidFirst Bank<br>999 NorthWest Grand Boulevard<br>Oklahoma City, OK 73118-6051 |
| Midfirst Bank<br>999 N.W. Grand Boulevard<br>Suite 100<br>Oklahoma City, OK 73118-6051 | Northwest Eye Associates<br>175 Exchange Street<br>Suite 225<br>Bangor, ME 04401-7605 | Ocwen Loan Servicing, LLC<br>Attn: Bankruptcy<br>661 Worthington Rd<br>Suite 100<br>West Palm Beach, FL 33409 |
| Office of the United States Trustee<br>1000 Liberty Avenue<br>Suite 1316<br>Pittsburgh, PA 15222-4013 | PA SCDU<br>PO Box 69112<br>Harrisburg, PA 17106-9112 | UPMC HEALTH SERVICES<br>PO BOX 1123<br>MINNEAPOLIS, MN 55440-1123 |
| UPMC PHYSICIAN SERVICES<br>PO BOX 1123<br>MINNEAPOLIS, MN 55440-1123 | Venango County DRS<br>1174 Elk Street<br>Courthouse Annex, 2nd Floor<br>Franklin, PA 16323-1277 | Daniel P. Foster<br>Foster Law Offices<br>1210 Park Avenue<br>Meadville, PA 16335-3110 |
| James J. Moore Jr.<br>906 Grandview Road<br>Oil City, PA 16301-1225 | Justin P. Schantz<br>David A. Colecchia and Associates<br>324 South Maple Avenue<br>2nd Floor<br>Greensburg, PA 15601-3219 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)MIDFIRST BANK

End of Label Matrix
Mailable recipients    16
Bypassed recipients     1
Total                  17