**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 22-10298-JCM |
| | : | |
| James J. Moore, Jr. | : | CHAPTER 13 |
| Debtor, | : | |
| | : | RELATED TO DOCUMENT NO. 57 |
| _____ | : | |
| James J. Moore, Jr. | : | |
| Movant, | : | |
| | : | |
| vs. | : | |
| | : | |
| Ronda J. Winnecour, Esquire, | : | |
| Chapter 13 Trustee. | : | |
| Respondent. | : | |

**CERTIFICATE OF SERVICE**

    I, Kathryn Schwartz, Paralegal of Foster Law Offices, certify under penalty of perjury that I served the *Order Converting Case Under Chapter 13 to Case Under Chapter 7, Setting Deadlines, Scheduling Status Conference, and Terminating Wage Attachment* on the parties listed below by First Class Pre-Paid United States mail.

Date Served: <u>October 25, 2024</u>

Respectfully submitted,
<u>/s/ Kathryn Schwartz</u>
Kathryn Schwartz
Foster Law Offices
1210 Park Avenue
Meadville, PA 16335
Tel: (814) 724-1165
Fax: (814) 724-1158