# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 22-10298-JCM |
| | : | |
| James J. Moore, Jr. | : | CHAPTER 13 |
| Debtor, | : | |
| | : | RELATED TO DOCUMENT NO. 57 |
| _____ | : | |
| James J. Moore, Jr. | : | |
| Movant, | : | |
| | : | |
| vs. | : | |
| | : | |
| Ronda J. Winnecour, Esquire, | : | |
| Chapter 13 Trustee. | : | |
| Respondent. | : | |

## CERTIFICATE OF SERVICE

I, Kathryn Schwartz, Paralegal of Foster Law Offices, certify under penalty of perjury that I served the *Order Converting Case Under Chapter 13 to Case Under Chapter 7, Setting Deadlines, Scheduling Status Conference, and Terminating Wage Attachment* on the parties listed below by First Class Pre-Paid United States mail.

Date Served: <u>October 25, 2024</u>

Respectfully submitted,
<u>/s/ Kathryn Schwartz</u>
Kathryn Schwartz
Foster Law Offices
1210 Park Avenue
Meadville, PA 16335
Tel: (814) 724-1165
Fax: (814) 724-1158

```
Label Matrix for local noticing          U.S. Bankruptcy Court                    Gabrielle J. Gilbert
0315-1                                   U.S. Courthouse, Room B160               213 East 6th Street
Case 22-10298-JCM                        17 South Park Row                        Oil City, PA 16301-2577
WESTERN DISTRICT OF PENNSYLVANIA         Erie, PA 16501-1169
Erie
Fri Oct 25 11:15:55 EDT 2024

Grove City Area Federal Credit Union     KML Law Group PC                         MidFirst Bank
1 Credit Union Way                       c/o Geraldine M. Linn, Esq.              999 NorthWest Grand Boulevard
Grove City, PA 16127-1899                701 Market Street                        Oklahoma City, OK 73118-6051
                                         Suite 5000
                                         Philadelphia, PA 19106-1541

Midfirst Bank                            Northwest Eye Associates                 Ocwen Loan Servicing, LLC
999 N.W. Grand Boulevard                 175 Exchange Street                      Attn: Bankruptcy
Suite 100                                Suite 225                                661 Worthington Rd
Oklahoma City, OK 73118-6051             Bangor, ME 04401-7605                    Suite 100
                                                                                  West Palm Beach, FL 33409

Office of the United States Trustee      PA SCDU                                  UPMC HEALTH SERVICES
1000 Liberty Avenue                      PO Box 69112                             PO BOX 1123
Suite 1316                               Harrisburg, PA 17106-9112                MINNEAPOLIS, MN 55440-1123
Pittsburgh, PA 15222-4013


UPMC PHYSICIAN SERVICES                  Venango County DRS                       Daniel P. Foster
PO BOX 1123                              1174 Elk Street                          Foster Law Offices
MINNEAPOLIS, MN 55440-1123               Courthouse Annex, 2nd Floor              1210 Park Avenue
                                         Franklin, PA 16323-1277                  Meadville, PA 16335-3110


James J. Moore Jr.                       Justin P. Schantz
906 Grandview Road                       David A. Colecchia and Associates
Oil City, PA 16301-1225                  324 South Maple Avenue
                                         2nd Floor
                                         Greensburg, PA 15601-3219
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)MIDFIRST BANK                         End of Label Matrix
                                         Mailable recipients    16
                                         Bypassed recipients     1
                                         Total                  17
```