**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| IN RE: | |
|---|---|
| JAMES J. MOORE, JR. | Case No.:22-10298 |
| Debtor(s) | |
| Ronda J. Winnecour<br>Movant<br>vs.<br>No Respondents. | Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 07/13/2022 and confirmed on 09/29/2022. The case was subsequently    (D)
CONVERTED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 27,812.34 |
| Less Refunds to Debtor | 273.12 | |
| TOTAL AMOUNT OF PLAN FUND | | 27,539.22 |
| | | |
| Administrative Fees | | |
|     Filing Fee | 0.00 | |
|     Notice Fee | 0.00 | |
|     Attorney Fee | 5,780.00 | |
|     Trustee Fee | 1,557.92 | |
|     Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 7,337.92 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   MIDFIRST BANK SSB* | 0.00 | 17,658.66 | 0.00 | 17,658.66 |
|     Acct: 5516 | | | | |
|   MIDFIRST BANK SSB* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 5516 | | | | |
|   MIDFIRST BANK SSB* | 19,704.81 | 2,542.64 | 0.00 | 2,542.64 |
|     Acct: 5516 | | | | |
| | | | | 20,201.30 |
| **Priority** | | | | |
|   DANIEL P FOSTER ESQ** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   JAMES J. MOORE, JR. | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   JAMES J. MOORE, JR. | 273.12 | 273.12 | 0.00 | 0.00 |
|     Acct: | | | | |
|   DANIEL P FOSTER ESQ** | 4,780.00 | 4,780.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   DANIEL P FOSTER ESQ** | 1,000.00 | 1,000.00 | 0.00 | 0.00 |
|     Acct: | | | | |

| 22-10298 | **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS** | | | Page 2 of 2 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| **Priority** | | | | |
| MIDFIRST BANK SSB* | 650.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5516 | | | | |
| | * * * N O N E * * * | | | |
| **Unsecured** | | | | |
| NORTHWEST EYE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6088 | | | | |
| UPMC PHYSICIAN SERVICES | 181.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5091 | | | | |
| UPMC HEALTH SERVICES | 150.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5091 | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | * * * N O N E * * * | | | |

| TOTAL PAID TO CREDITORS | | 20,201.30 |
|---|---|---|

| TOTAL CLAIMED | |
|---|---|
| PRIORITY | 650.00 |
| SECURED | 19,704.81 |
| UNSECURED | 331.00 |

Date: 10/25/2024

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com