**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 22-10298-JCM |
| | : | |
| **James J. Moore,** | : | CHAPTER 7 |
| Debtor, | : | |
| | : | Document No. 80 |
| _____ | : | |
| **James J. Moore,** | : | |
| Movant, | : | |
| | : | |
| vs. | : | |
| | : | |
| **Joseph B. Spero, Esquire,** | : | |
| Chapter 7 Trustee. | : | |
| Respondent. | : | |

## 1019 CONVERSION REPORT

1. The Statement of Intentions and Schedule(s) I and J were filed after the Conversion Order and accurately represent the Debtor's present income, expenses, and intentions.

2. The Debtor was ordered to pay child support after the commencement of the Chapter 13 Case and before the conversion. Schedule E has been amended to reflect the same.

                                                          Respectfully submitted,

Date: November 6, 2024                                      /s/ Daniel P. Foster
                                                          Daniel P. Foster, Esquire
                                                          PA I.D. # 92376
                                                          Foster Law Offices
                                                          1210 Park Avenue
                                                          Meadville, PA  16355
                                                          Tel: 814.724.1165
                                                          Fax: 814.724.1165
                                                          Email: dan@mrdebtbuster.com