Certificate Number: 03088-PAW-DE-039079913

Bankruptcy Case Number: 22-10298



03088-PAW-DE-039079913

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>November 18, 2024</u>, at <u>6:27</u> o'clock <u>PM CST</u>, <u>James J. Moore, Jr.</u> completed a course on personal financial management given <u>by internet</u> by <u>Debt Education and Certification Foundation</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Western District of Pennsylvania</u>.

Date:   <u>November 18, 2024</u>

By:   <u>/s/Tania Roman for Doug Tonne</u>

Name:   <u>Doug Tonne</u>

Title:   <u>Counselor</u>