## UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:  James J. Moore Jr.

                         Debtor(s)

MIDFIRST BANK,
its successors and/or assigns

                         Movant

             v.

James J. Moore Jr.

                         Respondent(s)

           and

Justin P. Schantz, Trustee

                         Additional Respondent

BK. NO. 22-10298 JCM

CHAPTER 7
Related to Docket #___82_____

## <u>ORDER MODIFYING SECTION 362 AUTOMATIC STAY</u>

        AND NOW, this 4th day of December , 2024, at Pittsburgh, upon Motion of MIDFIRST BANK, it is

        **ORDERED THAT:** The Automatic Stay of all proceedings, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362, is granted and modified with respect to the subject premises located at 906 Grandview Road, Oil City, PA 16301 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure.  Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

_____
John C. Melaragno, Judge  glb
United States Bankruptcy Court

SIGNED
12/4/24 1:38 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA