# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0315−1 | User: auto | Date Created: 12/4/2024 |
| Case: 22−10298−JCM | Form ID: pdf900 | Total: 5 |

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| ust | Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| tr | Justin P. Schantz | jpstrustee@gmail.com |
| aty | Brent J. Lemon | blemon@kmllawgroup.com |
| aty | Daniel P. Foster | dan@mrdebtbuster.com |

TOTAL: 4

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | |
|---|---|---|---|
| db | James J. Moore, Jr. | 906 Grandview Road | Oil City, PA 16301 |

TOTAL: 1