UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: James J. Moore Jr.<br>　　　　　　　　Debtor(s) | |
| MIDFIRST BANK,<br>its successors and/or assigns<br>　　　　　　　　Movant<br>　　　v.<br>James J. Moore Jr.<br>　　　　　　　　Respondent(s)<br>　　　　　and<br>Justin P. Schantz, Trustee<br>　　　　　　　　Additional Respondent | BK. NO. 22-10298 JCM<br><br>CHAPTER 7<br>Related to Docket # __82__ |

### ORDER MODIFYING SECTION 362 AUTOMATIC STAY

　　　AND NOW, this 4th day of December, 2024, at Pittsburgh, upon Motion of MIDFIRST BANK, it is

　　　**ORDERED THAT:** The Automatic Stay of all proceedings, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362, is granted and modified with respect to the subject premises located at 906 Grandview Road, Oil City, PA 16301 ("Property"), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　John C. Melaragno, Judge  glb
　　　　　　　　　　　　　　　　　　　United States Bankruptcy Court

　　　　　　　　　　　　　　　　　　　SIGNED
　　　　　　　　　　　　　　　　　　　12/4/24 1:38 pm
　　　　　　　　　　　　　　　　　　　CLERK
　　　　　　　　　　　　　　　　　　　U.S. BANKRUPTCY
　　　　　　　　　　　　　　　　　　　COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
James J. Moore, Jr.  
    Debtor

Case No. 22-10298-JCM  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0315-1     User: auto     Page 1 of 1  
Date Rcvd: Dec 04, 2024     Form ID: pdf900     Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 06, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | James J. Moore, Jr., 906 Grandview Road, Oil City, PA 16301-1225 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 06, 2024     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 4, 2024 at the address(es) listed below:

**Name**     **Email Address**

Brent J. Lemon  
     on behalf of Creditor MIDFIRST BANK blemon@kmllawgroup.com  lemondropper75@hotmail.com

Daniel P. Foster  
     on behalf of Debtor James J. Moore  Jr. dan@mrdebtbuster.com,
katie@mrdebtbuster.com;marci@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com

Denise Carlon  
     on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com

Justin P. Schantz  
     jpstrustee@gmail.com  PA94@ecfcbis.com

Office of the United States Trustee  
     ustpregion03.pi.ecf@usdoj.gov

TOTAL: 5